## ROCHELL v. STATE.

### No. 20205.

Court of Criminal Appeals of Texas.

Feb. 22, 1939.

J. T. Ranspot, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $400 and ninety days confinement in the county jail.

The record is before us without a statement of facts or bill of exceptions, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.